Name: Valerie Link
Mailing address: 5901 E 6th Ave space 365, Anchorage, AK 99504
Telephone: 907 744 2683

RECEIVED
OCT 07 2025
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

_____,
Plaintiff/Petitioner,

vs.

_____,
et al.,
Defendant(s)/Respondent.

Case No. _____

## NOTICE TO THE COURT

I, Valerie S. Link, representing myself without a lawyer, give notice to the Court of the following:

Belongings that were in the Chelsea Inn (Laundry Room Left side table on and under) Clothes, my Purse's, Shoes, backpacks, 3 dresser door (tote) bank cards, Ring 18k (diamond + gold) pens, Paperwork. everything that was on the left side table right next to the boiler Room door, + everything that was under the table

_____

_____

_____

_____

_____

_____

_____

_____

_____

Date: 10-7-2025

Signature

## Certificate of Service

I hereby certify that a copy of the above Notice to the Court was served upon

_____ by _____ at
(Name of opposing party/counsel, if already served with summons)   (Mail/fax/hand-delivery)

_____ on _____.
(Address)                                    (Date)

_____
(Signature)