MICHAEL J. HEYMAN
United States Attorney

SETH M. BEAUSANG
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: Seth.Beausang@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>CHELSEA INN HOTEL, 3836 SPENARD ROAD, ANCHORAGE, ALASKA 99517, A/K/A, LOT(S) TEN (10) AND ELEVEN (11), BLOCK THREE (3), CONROY RUSHTON SUBDIVISION, ACCORDING TO THE OFFICIAL PLAT THEREOF, FILED UNDER PLAT NO. P-151, IN THE RECORDS OF THE ANCHORAGE RECORDING DISTRICT, THIRD JUDICIAL DISTRICT, STATE OF ALASKA,<br><br>        Defendant,<br><br>  and<br><br>KYOUNG SOO SEO and JOO YEON LEE,<br><br>        Claimants. | No. 3:25-cv-00177-ACP |

**JOINT STATUS REPORT**

COMES NOW, the United States of America, by and through undersigned counsel, and also on behalf of Kyoung Soo Seo and Joo Yeon Lee ("Claimants"), to file this joint status report pursuant to the Court's order at Dkt. 20.

There are now two criminal cases that are related to this civil forfeiture case: *United States v. Chantel Lynn Fields and Kyoung Soo Seo*, No. 3:25-cr-00050-SLG-KFR (D. Alaska), and the more recently indicted *United States v. Kyoung Soo Seo*, No. 3:26-cr-00052-ACP-KFR (D. Alaska). *U.S. v. Fields, et al.*, is scheduled for trial on January 25, 2027. There is a trial scheduling conference in *U.S. v. Seo* scheduled for August 24, 2026. The government expects that parties will request that *U.S. v. Seo* be scheduled for trial in a similar time frame as the trial scheduled in *U.S. v. Fields, et al.*

The parties agree that this civil forfeiture case should remain stayed pursuant to 18 U.S.C. § 981(g)(1) & (2) because it is related to the pending criminal cases.

RESPECTFULLY SUBMITTED this 8th day of July 2026, in Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

*/s/ Seth Beausang*
SETH BEAUSANG
Assistant United States Attorney
United States of America

*United States v. Chelsea Inn Hotel, et al.*  3:25-cv-00177-ACP
Status Report  Page **2** of **3**
Case 3:25-cv-00177-ACP  Document 21  Filed 07/08/26  Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on the filing date, a true copy
of the foregoing was served electronically on:

All counsel of record

*/s/ Seth Beausang*
Assistant United States Attorney

*United States v. Chelsea Inn Hotel, et al.*                                3:25-cv-00177-ACP
Status Report                                                              Page **3** of **3**
Case 3:25-cv-00177-ACP     Document 21     Filed 07/08/26     Page 3 of 3